UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80028-ROSENBERG/BRANNON

EUGENE OAKES, KEITH BURT,
and DEBBIE HARRIS,

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC. d/b/a FLORIDA BLUE,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Continue Final Approval Hearing [DE 56]. The Court has carefully reviewed the Joint Motion and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    **1.**    The parties' Joint Motion to Continue Final Approval Hearing [DE 56] is **GRANTED**.

    **2.**    The Final Approval Hearing previously set for August 26, 2016, at 10:00 a.m. is hereby **RESET** for **Friday, October 7, 2016, at 9:00 a.m.** before the Honorable Robin L. Rosenberg, United States District Judge, at the United States District Court at 701 Clematis Street, Fourth Floor, Courtroom 2, West Palm Beach, Florida.

    **3.**    All other deadlines set forth in the Court's Preliminary Approval Order [DE 54] remain in effect.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of June, 2016.

                            ROBIN L. ROSENBERG
Copies furnished to:
Counsel of record                    UNITED STATES DISTRICT JUDGE