UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80028-ROSENBERG/BRANNON

EUGENE OAKES and
KEITH BURT,

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC. d/b/a FLORIDA BLUE,

    Defendant.
_____/

### ORDER MODIFYING PRELIMINARY APPROVAL ORDER
### AND AUTHORIZING LIMITED SUPPLEMENTAL CLASS NOTICE

**THIS CAUSE** is before the Court on the parties' Joint Motion to Modify Preliminary Approval Order to Authorize Limited Supplemental Class Notice [DE 64] (the "Joint Motion"). The Court has reviewed the Joint Motion and all pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. The Settlement Administrator shall mail the supplemental Class Notice attached as Exhibit A to the Joint Motion to the Additional Class Members on or before August 31, 2016. The Additional Class Members shall be allowed through and including September 30, 2016, to opt-out or object to the Settlement. The remainder of the Preliminary Approval Order remains in effect.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of August, 2016.

                                                ROBIN L. ROSENBERG
Copies furnished to:                      
Counsel of Record                   UNITED STATES DISTRICT JUDGE